WRIGHT *against* JEFFREY.

THE *capias ad respondendum* was returnable on Sunday ; and, *without knowing this fact*, the defendant had put in special bail.

*H. Stephens,* for the defendant moved to set aside the *capias,* and all subsequent proceedings.

*J. C. Wright,* contra.

*Curia.*  The motion must be denied.  It was not material whether the defendant had knowledge of the defect or not, when he put in special bail.  Putting in bail would have warranted the plaintiff in proceeding without any process. ·The case is not within the statute, or the rule of public policy which forbids any ministerial act in the course of a cause to be performed on Sunday.   It is probably a mere clerical mistake of the return day.   It was taken for granted, however, by *Vanderpoel* v. *Wright,* (1 Cowen's Rep. 209,) that ·even in that case, which was the service of a *capias* on Sunday, an appearance would have cured the defect.

                    Motion denied.

*Putting in special bail without process, warrants the plaintiff's proceeding against the defendant, as if process had been served.*

*And where the capias ad respondendum was returnable on Sunday ; yet held, that putting in special bail, tho' without knowledge of the defect, was a waiver of it.*

*And so, it seems, even if it had been served on Sunday.*